McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-MJ-0006 JDP |
|---|---|
| Plaintiff, | |
| v. | ORDER TO UNSEAL COMPLAINT |
| NEHEMIAH AVILA, CEASAR MARTINEZ, KEVIN STERN, RICARDO MARMOLEJO | |
| Defendants. | |

The government's motion to unseal the above-referenced case, keep the complaint under seal, file a redacted copy of the complaint is GRANTED. The government is further permitted to provide a copy of the unredacted, sealed complaint to counsel for the defense before the initial appearance.

Dated: January 13, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO FILE REDACTED COPY OF INDICTMENT