1  LAW OFFICE OF TODD D. LERAS
2  Todd D. Leras, CA SBN 145666
   455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  NEHEMIAH AVILA

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              Case No.: 2:21-cr-020 TLN

12              Plaintiff,

13 vs.                                    STIPULATION AND ORDER
                                          CONTINUING STATUS CONFERENCE
14                                        AND EXCLUDING TIME UNDER THE
   NEHEMIAH AVILA, CEASAR MARTINEZ,       SPEEDY TRIAL ACT
15 and RICARDO MARMOLEJO,

16              Defendants.               Date:    June 9, 2022
                                          Time:    9:30 a.m.
17                                        Court:   Hon. Troy L. Nunley

18

19

20

21        Plaintiff United States of America by and through Assistant United States Attorney

22 Adrian Kinsella, and Attorney Todd Leras on behalf of Defendant Nehemiah Avila, Attorney

23 Michael Long on behalf of Defendant Ceasar Martinez, and Attorney Dina Santos on behalf of

24 Defendant Ricardo Marmolejo, stipulate as follows:

25

26        1.    This matter is presently set for status conference on June 9, 2022.  By this

27              stipulation, Defendants Avila, Martinez, and Marmolejo move to continue the status

28 ORDER CONTINUING STATUS
   CONFERENCE

conference to September 15, 2022.  The government does not oppose the request.

2.  This case involves a conspiracy to distribute controlled substances.  Investigation of the matter included the use of court-authorized wiretaps.  The government has provided defense counsel with a significant volume of discovery materials, including hundreds of audio files of intercepted calls, written reports, and wiretap authorization requests.

3.  Defendants Avila and Martinez are in pre-trial detention at the Sacramento County Main Jail.  Defense counsel for both Mr. Avila and Mr. Martinez are conducting client meetings at the jail for the purpose of reviewing discovery and undertaking defense investigation.   The global pandemic continues to make scheduling these meetings more difficult than before the virus outbreak.

4.  Given the need for defense preparation and follow-up investigation, Defendants Avila, Martinez, and Marmolejo request to continue the status conference in this matter to September 15, 2022, at 9:30 a.m., and to exclude time between June 9, 2022 and September 15, 2022, inclusive, under Local Code T-4.

5.  All defense counsel represent and believe that failure to grant additional time as requested would deny Defendants Avila, Martinez, and Marmolejo the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6.  Based on the above-stated facts, Defendants Avila, Martinez, and Marmolejo request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

ORDER CONTINUING STATUS
CONFERENCE

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 9, 2022 to September 15, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Adrian Kinsella, Attorney Michael Long on behalf of Defendant Ceasar Martinez, and Attorney Dina Santos on behalf of Defendant Ricardo Marmolejo have reviewed this stipulation and proposed order and authorized Todd Leras via email to sign it on behalf of their respective clients.

DATED:  June 3, 2022

PHILLIP A. TALBERT
United States Attorney

By   */s/ Todd D. Leras for*
ADRIAN T. KINSELLA
Assistant United States Attorney

DATED:  June 3, 2022

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
NEHEMIAH AVILA

DATED:  June 3, 2022

By   */s/ Todd D. Leras for*
MICHAEL D. LONG,
Attorney for Defendant
CEASAR MARTINEZ

ORDER CONTINUING STATUS
CONFERENCE

DATED:  June 3, 2022

By ___*/s/ Todd D. Leras for*___
DINA SANTOS
Attorney for Defendant
RICARDO MARMOLEJO

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for June 9, 2022, is vacated. A new status conference is scheduled for September 15, 2022, at 9:30 a.m.  The Court further finds, based on the representations of the parties and the request of all defense counsel, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from June 9, 2022, up to and including September 15, 2022.

IT IS SO ORDERED.

DATED:  June 6, 2022

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS
CONFERENCE