LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
NEHEMIAH AVILA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NEHEMIAH AVILA, CEASAR MARTINEZ, and RICARDO MARMOLEJO,<br><br>    Defendants. | Case No.: 2:21-cr-020 DAD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    September 15, 2022<br>Time:    9:30 a.m.<br>Court:   Hon. Troy L. Nunley |

Plaintiff United States of America by and through Assistant United States Attorney Adrian Kinsella, and Attorney Todd Leras on behalf of Defendant Nehemiah Avila, Attorney Michael Long on behalf of Defendant Ceasar Martinez, and Attorney Dina Santos on behalf of Defendant Ricardo Marmolejo, stipulate as follows:

1. This matter was previously set for a status conference before United States District Judge Troy L. Nunley to be held on September 15, 2022.  On August 25, 2022, Chief

ORDER CONTINUING STATUS CONFERENCE

Judge Kimberly J. Mueller reassigned this matter for all further proceedings to United States District Judge Dale A. Drozd.  (ECF Document 62).  By this stipulation, Defendants Avila, Martinez, and Marmolejo move to set a status conference before Judge Drozd on November 8, 2022.  The government does not oppose the request.

2. This case involves a conspiracy to distribute controlled substances.  Investigation of the matter included the use of court-authorized wiretaps.  The government has provided defense counsel with a significant volume of discovery materials, including hundreds of audio files of intercepted calls, written reports, and wiretap authorization requests.

3. Defendants Avila and Martinez are in pre-trial detention at the Sacramento County Main Jail.  Defense counsel for all three defendants are engaged in continuing discovery review and defense investigation as to the charged offenses and potential mitigation evidence in the event of a negotiated disposition.

4. Given the continuing defense investigation and reassignment of the matter, Defendants Avila, Martinez, and Marmolejo request to set a status conference on November 8, 2022.  They further move to exclude time between September 15, 2022 and November 8, 2022, inclusive, under Local Code T-4.

5. All defense counsel represent and believe that failure to grant additional time as requested would deny Defendants Avila, Martinez, and Marmolejo the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. Based on the above-stated facts, Defendants Avila, Martinez, and Marmolejo request that the Court find that the ends of justice served by continuing the case as requested

ORDER CONTINUING STATUS CONFERENCE

outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of September 15, 2022 to November 8, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Adrian Kinsella, Attorney Michael Long on behalf of Defendant Ceasar Martinez, and Attorney Dina Santos on behalf of Defendant Ricardo Marmolejo have reviewed this stipulation and proposed order and authorized Todd Leras via email to sign it on behalf of their respective clients.

DATED:  September 2, 2022

PHILLIP A. TALBERT
United States Attorney

By  */s/ Todd D. Leras for*
    ADRIAN T. KINSELLA
    Assistant United States Attorney

DATED:  September 2, 2022

By  */s/ Todd D. Leras*
    TODD D. LERAS
    Attorney for Defendant
    NEHEMIAH AVILA

ORDER CONTINUING STATUS CONFERENCE

1  DATED: September 2, 2022

2                                              By   */s/ Todd D. Leras for*
                                                    MICHAEL D. LONG,
3                                                   Attorney for Defendant
                                                    CEASAR MARTINEZ
4
   DATED: September 2, 2022
5
                                               By   */s/ Todd D. Leras for*
6                                                   DINA SANTOS
                                                    Attorney for Defendant
7                                                   RICARDO MARMOLEJO

28 ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the previous status conference in this matter before United States District Judge Troy L. Nunley, scheduled for September 15, 2022, is vacated.  A new status conference is scheduled before United States District Judge Dale A. Drozd on November 8, 2022, at 9:00 a.m. The Court further finds, based on the representations of the parties and the request of all defense counsel, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from September 15, 2022, up to and including November 8, 2022.

IT IS SO ORDERED.

Dated:  **September 9, 2022**

UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE