LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
NEHEMIAH AVILA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NEHEMIAH AVILA, CEASAR MARTINEZ, and RICARDO MARMOLEJO,<br><br>    Defendants. | Case No.: 2:21-cr-020 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:       February 14, 2023<br>Time:       9:00 a.m.<br>Court:      Hon. John A. Mendez |

   Plaintiff United States of America by and through Assistant United States Attorney Adrian Kinsella, and Attorney Todd Leras on behalf of Defendant Nehemiah Avila, Attorney Michael Long on behalf of Defendant Ceasar Martinez, and Attorney Dina Santos on behalf of Defendant Ricardo Marmolejo, stipulate as follows:

   1.  This matter is set for a status conference on February 14, 2023.  Defendants move to

       continue the status conference to June 27, 2023, at 9:00 a.m.

ORDER CONTINUING STATUS
CONFERENCE

2. This matter had previously been assigned to United States District Judge Troy L. Nunley. On August 25, 2022, Chief Judge Kimberly J. Mueller reassigned this matter for all further proceedings to United States District Judge Dale A. Drozd. (ECF Document 62). On November 3, 2022, the Clerk's Office issued a "Notice of Correction" indicating that reassignment to Judge Drozd occurred in "ERROR." (ECF Entry 67). The Notice of Correction vacated the previous reassignment to Judge Drozd, transferring the matter to this Court "for all further proceedings."

3. This case involves an ongoing task force investigation into a drug trafficking organization. The task force includes officers and agents from, among other agencies, the Sacramento Police Department, Federal Bureau of Investigation, and the Drug Enforcement Administration (hereafter collectively referred to as "the task force"). The initial portion of the investigation, which resulted in the arrests of Defendants Avila, Martinez, and Marmolejo, used two rounds of court-authorized wiretaps.

4. The task force's investigative techniques included the use of wiretaps on five different telephones and other legal process on at least thirteen target telephones. Investigation into these sources of supply is continuing, so a portion of the investigative techniques and operations utilized to undertake it has remained under seal to prevent notification of potential targets and the destruction of evidence. The original prosecutor assigned to oversee the investigation departed the United States Attorney's Office. Assistant U.S. Attorney Adrian Kinsella took over prosecution of this matter and the simultaneous obligation to oversee the continuing investigation.

ORDER CONTINUING STATUS CONFERENCE

Assistant U.S. Attorney Kinsella provided an initial round of discovery to defense counsel, which included reports of investigation, relevant wiretap authorization applications, and over 3,500 intercepted telephone calls, up to and including Target Telephone #5.

5. On November 17, 2022, the government provided defense counsel with a supplemental discovery production. This production consists of slightly more than 1,400 pages of materials. These materials include, among other items, reports regarding controlled purchase operations, reports detailing execution of search warrants at numerous locations relevant to the investigation, police reports regarding individuals and criminal activity tangential to the primary targets of the investigation, and lab results for suspected controlled substances obtained or seized during the investigation.

6. All defense counsel require additional time to continue review of these supplemental materials with their respective clients and to conduct defense investigation stemming from them.

7. Defendants Avila and Martinez are in pre-trial detention at the Sacramento County Main Jail. Defense counsel for all three defendants are engaged in continuing discovery review and defense investigation as to the charged offenses and potential mitigation evidence in the event of a negotiated disposition.

8. Given the continuing defense review of the supplemental discovery materials and investigation of matters related to them, Defendants Avila, Martinez, and Marmolejo request to continue the status conference to June 27, 2023. They further move to

ORDER CONTINUING STATUS CONFERENCE

exclude time between February 14, 2023 and June 27, 2023, inclusive, under Local Code T-4. The government does not oppose the request.

9. All defense counsel represent and believe that failure to grant additional time as requested would deny Defendants Avila, Martinez, and Marmolejo the reasonable time necessary for effective preparation, considering the exercise of due diligence.

10. Based on the above-stated facts, Defendants Avila, Martinez, and Marmolejo request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

11. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 14, 2023 to June 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

12. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Adrian Kinsella, Attorney Michael Long on behalf of Defendant Ceasar Martinez, and Attorney Dina Santos on behalf of Defendant Ricardo Marmolejo have reviewed this stipulation and proposed order and authorized Todd Leras via email to sign it on behalf of their respective clients.

ORDER CONTINUING STATUS CONFERENCE

| | |
|---|---|
| DATED:  February 8, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>By   */s/ Todd D. Leras for*<br>    ADRIAN T. KINSELLA<br>    Assistant United States Attorney |
| DATED:  February 7, 2023 | By   */s/ Todd D. Leras*<br>    TODD D. LERAS<br>    Attorney for Defendant<br>    NEHEMIAH AVILA |
| DATED:  February 7, 2023 | By   */s/ Todd D. Leras for*<br>    MICHAEL D. LONG,<br>    Attorney for Defendant<br>    CEASAR MARTINEZ |
| DATED: February 8, 2023 | By   */s/ Todd D. Leras for*<br>    DINA SANTOS<br>    Attorney for Defendant<br>    RICARDO MARMOLEJO |

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for February 14, 2023, is vacated.  A new status conference is scheduled for June 27, 2023, at 9:00 a.m.  The Court further finds, based on the representations of the parties and the request of all defense counsel, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from February 14, 2023, up to and including June 27, 2023.

IT IS SO ORDERED.

Dated:  February 8, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE