UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 9, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>NEHEMIAH AVILA<br><br>        Defendant. | Case No. 2:21-cr-00020-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>NEHEMIAH AVILA</u> Case No. <u>2:21-cr-00020-MCE</u> Charges <u>21 USC § 846, 841(a)(1)</u> from custody for the following reasons:

|       |                                           |                                                       |
|-------|-------------------------------------------|-------------------------------------------------------|
| _____ | Release on Personal Recognizance          |                                                       |
| _____ | Bail Posted in the Sum of $               | _____                 |
|   X   | Unsecured Appearance Bond $               | 50,000.00 co-signed by Geraldine Regaldo              |
| _____ | Appearance Bond with 10% Deposit          |                                                       |
| _____ | Appearance Bond with Surety               |                                                       |
| _____ | Corporate Surety Bail Bond                |                                                       |
|   X   | (Other):  <u>Defendant's released is delayed until **9:00 AM Monday, 6/12/2023**</u>. |    |

Issued at Sacramento, California on June 9, 2023, at 2:00 PM


Dated:  June 9, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE