LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
NEHEMIAH AVILA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>NEHEMIAH AVILA, CEASAR MARTINEZ, and RICARDO MARMOLEJO,<br><br>                    Defendants. | Case No.: 2:21-cr-00020-JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:        June 27, 2023<br>Time:       9:00 a.m.<br>Court:      Hon. John A. Mendez |

Plaintiff United States of America by and through Assistant United States Attorney Adrian Kinsella, and Attorney Todd Leras on behalf of Defendant Nehemiah Avila, Attorney Michael Long on behalf of Defendant Ceasar Martinez, and Attorney Dina Santos on behalf of Defendant Ricardo Marmolejo, stipulate as follows:

1. This matter is set for a status conference on June 27, 2023.  Defendants move to continue the status conference to September 26, 2023.

ORDER CONTINUING STATUS
CONFERENCE

2.  This case results from a multi-agency law enforcement task force investigation into a drug trafficking organization.  The government represents that parts of the investigation are ongoing.  The initial portion of the investigation, which resulted in the arrests of Defendants Avila, Martinez, and Marmolejo, used two rounds of court-authorized wiretaps.

3.  The task force's investigative techniques included the use of wiretaps on five different telephones and other legal processes on at least thirteen target telephones.  Investigation into these sources of supply is continuing, so a portion of the investigative techniques and operations utilized to undertake it has remained under seal to prevent notification of potential targets and the destruction of evidence.  The government provided an initial round of discovery to defense counsel, which included reports of investigation, relevant wiretap authorization applications, and over 3,500 intercepted telephone calls, up to and including Target Telephone #5.

4.  On November 17, 2022, the government provided defense counsel with a supplemental discovery production.  This production consists of slightly more than 1,400 pages of materials.  These materials include, among other items, reports regarding controlled purchase operations, reports detailing execution of search warrants at numerous locations relevant to the investigation, police reports regarding individuals and criminal activity tangential to the primary targets of the investigation, and lab results for suspected controlled substances obtained or seized during the investigation.

5.  The government has indicated that an additional round of discovery is imminent.

ORDER CONTINUING STATUS
CONFERENCE

Some of the materials within this anticipated production have not previously been released to protect the ongoing investigation.  The government also represents that it plans to prepare written plea resolution offers and provide them to defense counsel for the purpose of negotiating a disposition of this matter.

6.  All defense counsel require additional time to continue review of previously produced and anticipated discovery materials with their respective clients and to conduct defense investigation stemming from them.   All defense counsel also require additional time to discuss potential resolution of this matter with their respective clients.

7.  Given the continuing defense review of the discovery materials, the anticipated release of supplemental discovery materials, and the resulting investigation of matters related to them, Defendants Avila, Martinez, and Marmolejo request to continue the status conference to September 26, 2023.  They further move to exclude time between June 27, 2023  and September 26, 2023, inclusive, under Local Code T-4.  The government does not oppose the request.

8.  All defense counsel represent and believe that failure to grant additional time as requested would deny Defendants Avila, Martinez, and Marmolejo the reasonable time necessary for effective preparation, considering the exercise of due diligence.

9.  Based on the above-stated facts, Defendants Avila, Martinez, and Marmolejo request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

ORDER CONTINUING STATUS
CONFERENCE

10. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 27, 2023 to September 26, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

11. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Adrian Kinsella, Attorney Michael Long on behalf of Defendant Ceasar Martinez, and Attorney Dina Santos on behalf of Defendant Ricardo Marmolejo have reviewed this stipulation and proposed order and authorized Todd Leras via email to sign it on behalf of their respective clients.

DATED:  June 16, 2023

PHILLIP A. TALBERT
United States Attorney

By ___*/s/ Todd D. Leras for*___
    ADRIAN T. KINSELLA
    Assistant United States Attorney

DATED: June 16, 2023

By ___*/s/ Todd D. Leras*___
    TODD D. LERAS
    Attorney for Defendant
    NEHEMIAH AVILA

DATED:  June 16, 2023

By ___*/s/ Todd D. Leras for*___
    MICHAEL D. LONG,
    Attorney for Defendant
    CEASAR MARTINEZ

1    DATED: June 16, 2023

2                                              By     */s/ Todd D. Leras for*
                                                      DINA SANTOS
3                                                     Attorney for Defendant
                                                      RICARDO MARMOLEJO
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER CONTINUING STATUS
     CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for June 27, 2023, is **VACATED**.  A new status conference is **SCHEDULED** for **September 26, 2023, at 9:00 a.m**. The Court further finds, based on the representations of the parties and the request of all defense counsel, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from June 27, 2023, up to and including September 26, 2023.

IT IS SO ORDERED.

Dated: June 20, 2023          /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS
CONFERENCE