LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
NEHEMIAH AVILA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NEHEMIAH AVILA,<br><br>　　　　Defendant. | Case No.: 2:21-cr-020 JAM<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE TO REPLACE HOME CONFINEMENT REQUIREMENT WITH A CURFEW |

　　　　Defendant Nehemiah Avila was released on pre-trial conditions following a hearing on a renewed bail motion held before Chief United States Magistrate Judge Kendall J. Newman on June 9, 2023.  Special Condition of Release 15 (ECF Docket Entry 79) requires Nehemiah Avila to participate in an electronic monitoring location program.  Special Condition 16 imposes a "Home Detention" condition requiring Nehemiah Avila to "remain inside [his] residence at all times except for employment; education; religious services; medical; substance abuse; or mental

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer." (Special Condition Number 16, ECF Entry 79, hereafter referred to as the "Home Detention condition"). Special Condition 16 further defines what constitutes an "essential activity."

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Adrian Kinsella, and Defendant Nehemiah Avila by and through his attorney Todd D. Leras, stipulate as follows:

1. Mr. Avila is supervised for compliance with his pre-trial release conditions by Pretrial Services Intensive Supervision Specialist Lorena Gallagher. Ms. Gallagher confirmed via email exchange with defense counsel and the prosecutor that, based on Mr. Avila's overall compliance, she was unopposed to converting the Home Detention condition into a curfew. She indicated that Nehemiah Avila is working Monday through Friday, participates in Moral Reconation Therapy, attends weekly counseling sessions in person, submits to random drug testing twice each month, participates in community service on Saturdays, and attends church on Sundays.

2. The government and defense counsel have no objection to modification of Special Condition Number 16 to remove the Home Detention condition and replace it with a curfew (hereafter the "Curfew condition"). The Curfew condition shall be monitored via the previously imposed electronic monitoring requirement which remains in place.

The parties therefore request modification of Mr. Avila's Special Conditions of Release to remove the Home Detention condition and replace it with a Curfew condition . Special

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

Condition 16 should be modified to read as follows:

15. **CURFEW.** You shall remain inside your residence Monday through Friday from 8 p.m. to 6 a.m., and Saturday and Sunday from 6:00 p.m. to 8:00 a.m.  All other general and special conditions of release previously ordered shall remain in full force and effect.

Assistant U.S. Attorney Adrian Kinsella has reviewed this stipulation and proposed order and authorized (via email) Todd Leras to sign it on his behalf.

DATED:  September 15, 2023

By      /s/ *Todd D. Leras for*
         ADRIAN KINSELLA
         Assistant United States Attorney

DATED:  September 15, 2023

By      */s/ Todd D. Leras*
         TODD D. LERAS
         Attorney for Defendant
         NEHEMIAH AVILA

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that Special Condition of Release Number 16, imposing Home Detention be removed (ECF Docket Entry 79) and replaced with the Curfew set out in the Stipulation between the parties.

All other general and special conditions of release imposed by this Court as to Defendant Nehemiah Avila shall remain in full force and effect.

IT IS SO ORDERED.

DATED: September 19, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS