LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
NEHEMIAH AVILA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>NEHEMIAH AVILA,<br><br>            Defendant. | Case No.: 2:21-cr-020 JAM<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE |

  Defendant Nehemiah Avila has been released on pre-trial conditions in this matter since June 12, 2023.  This Stipulation requests modification of three of Defendant Avila's Special Conditions of Release.  Special Condition of Release 2 provides that "You are released to the third-party custody of your mother, Geraldine Regaldo, and must not move or absent yourself from this residence for more than 24 hours without the prior approval of the pre-trial services officer."  Special Condition of Release 15 requires Nehemiah Avila to "participate in … location

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

monitoring …, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person." (Special Condition Number 15, ECF Entry 79). Modified Special Condition 16 imposed a curfew requiring Nehemiah Avila to remain inside his residence during specified hours. (Modified Special Condition Number 16, ECF Entry 87).

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Adrian Kinsella, and Defendant Nehemiah Avila by and through his attorney Todd D. Leras, stipulate as follows:

1. Mr. Avila is supervised for compliance with his pre-trial release conditions by Pretrial Services Intensive Supervision Specialist Lorena Gallagher. On July 30, 2024, Ms. Gallagher sent an email to defense counsel indicating that Nehemiah Avila has been in overall compliance with his conditions of release for over a year. She further confirmed the request of Pretrial Services to remove the location monitoring and curfew requirements imposed respectively by Special Condition 15 and Modified Special Condition 16.

2. On August 14, 2024, Ms. Gallagher requested that Special Condition of Release 2 be modified as follows: "You are released to the third-party custody of Geraldine Regaldo."

3. The government and defense counsel have no objection to modification of Special Condition 2 and removal of the location monitoring and curfew conditions.

The parties therefore request modification of Mr. Avila's Special Conditions of Release to modify Special Condition Number 2, and to remove Special Conditions Number 15 and 16

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

relating, respectively, to imposition of location monitoring and a curfew.  All other general and special conditions of release previously ordered shall remain in full force and effect.

Assistant U.S. Attorney Adrian Kinsella has reviewed this stipulation and proposed order and authorized (via email) Todd Leras to sign it on his behalf.

DATED:  August 15, 2024

By  /s/ *Todd D. Leras for*
ADRIAN KINSELLA
Assistant United States Attorney

DATED:  August 15, 2024

By  /s/ *Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
NEHEMIAH AVILA

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that Special Condition of Release Number 2 (ECF Docket Entry 79) is modified to state: "You are released to the third-party custody of Geraldine Regaldo." Special Condition of Release Number 15 (ECF Docket Entry 79), requiring Defendant Nehemiah Avila to participate in a location monitoring program, and Modified Special Condition of Release 16 (ECF Docket Entry 86), imposing a curfew during specified hours, are eliminated.

All other general and special conditions of release imposed by this Court as to Defendant Nehemiah Avila shall remain in full force and effect.

IT IS SO ORDERED.

DATED: August 16, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS