| | |
|---|---|
| 1 | LAW OFFICE OF TODD D. LERAS |
| 2 | Todd D. Leras, CA SBN 145666 |
|   | 455 Capitol Mall, Suite 802 |
| 3 | Sacramento, California 95814 |
|   | (916) 969-9370 |
| 4 | toddleras@gmail.com |
| 5 | Attorney for Defendant |
|   | NEHEMIAH AVILA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-00020-JAM-1 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING TO DECEMBER 09, 2025** |
| vs. | |
| NEHEMIAH AVILA, | Court:   Hon. John A. Mendez |
| Defendant. | Date:    October 7, 2025 |

This matter is currently set for a Sentencing Hearing on October 7, 2025. The Probation Department has completed and filed with the Court a Presentence Investigation Report (PSR) and Sentencing Recommendation. Defendant has filed a Motion for Correction (ECF Document 140). Defense counsel is not ready to proceed with the Sentencing Hearing on October 7, and requests to continue it to December 9, 2025.

STIPULATION AND ORDER

Defendant Nehemiah Avila is released on pre-trial conditions and lives at his mother's house in Sacramento.  He is currently employed and contributes to the support of both his common law wife and minor daughter.

Defense counsel intends to present various medical and mental health records and reports relating to Mr. Avila's care for his family members in support of the defense sentencing request. The written plea agreement between the parties permits Mr. Avila to urge whatever sentence he and his counsel deem appropriate, subject to the statutory mandatory minimum sentence (ECF Document 122).

As of early July 2025, and continuing to the present time, Congress has failed to approve supplemental funding to pay attorneys, investigators, and experts working on matters pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A (hereafter "CJA").  CJA payments to attorneys, experts, and investigators working on behalf of indigent defendants in federal cases are not expected to resume until, at the earliest, the beginning of the new fiscal year on October 1, 2025. As of September 30, 2025, a potential government shutdown is expected to delay payments even longer.  In the event of a shutdown, there is no certainty as to when CJA payments will occur.

The practical result of the funding situation for Defendant and his appointed counsel in this case is that it results in uncertainty as to when the investigator/mitigation specialist will receive payment for services performed and reimbursable expenses.  The same is true for professional services rendered by defense counsel in the case.  Defense counsel therefore requests to continue the Sentencing Hearing to December 9, 2025, at 9:00 a.m.

The assigned probation officer has confirmed her availability on the requested date.  The defense further requests to modify the remaining Pre-Sentence Investigation Report (PSR) Disclosure Schedule as follows:

STIPULATION AND ORDER

1. Reply Date/Sentencing Memorandum Date:  December 2, 2025

Defense counsel believes that the current CJA funding situation constitutes good cause for the request.  The request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  The government does not oppose the request because the procedural posture of the case does not impact on the public's interest in a speedy trial.  Assistant U.S. Attorney Adrian Kinsella has authorized Todd D. Leras via email to sign this unopposed sentencing hearing continuance request on his behalf.

DATED: September 30, 2025

By  */s/ Todd D. Leras for*
ADRIAN KINSELLA
Assistant United States Attorney

DATED: September 30, 2025

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
NEHEMIAH AVILA

STIPULATION AND ORDER

**ORDER**

The Sentencing Hearing, set for October 07, 2025, is **VACATED** and **RESET** for **Tuesday, December 09, 2025, at 9:00 a.m.**

IT IS SO ORDERED.

Dated:  September 30, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER