LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
NEHEMIAH AVILA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NEHEMIAH AVILA,<br><br>    Defendant. | Case No.: 2:21-cr-00020-JAM-1<br><br>**SECOND** STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Court:    Hon. John A. Mendez<br>Date:     December 9, 2025 |

This matter is currently set for a Sentencing Hearing on December 9, 2025. The Probation Department has completed and filed with the Court a Presentence Investigation Report (PSR) and Sentencing Recommendation. Defendant has filed a Motion for Correction (ECF Document 140). Defense counsel is not ready to proceed with the Sentencing Hearing on December 9, 2025, and requests to continue the hearing to January 27, 2026.

STIPULATION AND ORDER

Defendant Nehemiah Avila is released on pre-trial conditions and lives at his mother's house in Sacramento.  He is currently employed and contributes to the support of both his common law wife and minor daughter.  Defense counsel intends to present various medical and mental health records and reports relating to Mr. Avila's care for his family members in support of the defense sentencing request.  The written plea agreement between the parties permits Mr. Avila to urge whatever sentence he and his counsel deem appropriate, subject to the statutory mandatory minimum sentence (ECF Document 122).

As of early July 2025, and continuing to November 20, 2025, defense counsel has not received payment for any of his federal appointed cases.  Congress failed to approve a timely supplemental funding measure to pay attorneys, investigators, and experts working on matters pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A (hereafter "CJA").  The funding lapse continued into the beginning of the 2026 fiscal year on October 1, 2025.  A government shutdown ensued from October 1, 2025, through November 13, 2025 – making it the longest federal government shutdown in U.S. history.

The President signed a continuing resolution on November 13, 2025.  The continuing resolution authorizes payment for past due vouchers submitted by CJA counsel and service providers.  It also funds CJA through January 30, 2026.  Due to the backlog in processing CJA payments, defense counsel and his investigator have yet to receive any back payments as of November 20, 2025.  Back payments for existing services are not anticipated to be processed until as late as the week of December 1, 2025.

The practical result of the funding situation is that appointed counsel and the investigator are left with insufficient time following resumption of long overdue back payments to complete mitigation investigation .  Defense counsel therefore requests to continue the Sentencing Hearing

to January 27, 2025, at 9:00 a.m.

The assigned probation officer has confirmed her availability on the requested date. The defense further requests to modify the remaining Pre-Sentence Investigation Report (PSR) Disclosure Schedule as follows:

**1.** Reply Date/Sentencing Memorandum Date: **January 20, 2026**

Defense counsel believes that the current CJA funding situation constitutes good cause for the request. The request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. The government does not oppose the request because the procedural posture of the case does not impact on the public's interest in a speedy trial. Assistant U.S. Attorney Adrian Kinsella has authorized Todd D. Leras via email to sign this unopposed sentencing hearing continuance request on his behalf.

DATED: November 24, 2025

By   */s/ Todd D. Leras for*
ADRIAN KINSELLA
Assistant United States Attorney

DATED: November 20, 2025

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
NEHEMIAH AVILA

STIPULATION AND ORDER

**ORDER**

GOOD CAUSE APPEARING BASED ON THE REPRESENTATIONS OF DEFENSE COUNSEL, the Sentencing Hearing, set for December 09, 2025, is **VACATED** and RESET for **January 27, 2026, at 9:00 a.m.** The PSR Disclosure schedule is **MODIFIED** as set out in the Continuance Request.

IT IS SO ORDERED.

Dated: November 25, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE